**CRIMINAL CAUSE FOR GUILTY PLEA**

**Before:**  **Dora L. Irizarry, U.S.D.J.**      Date: 3/16/2009      Time in Court: _20 mins._

**Docket Number:**  09 CR 150

Defendant's Name:  Shaheed Khan                                     # 1
    ✓ Present              __ Not Present       ✓ Custody          __ Bail

Defense Counsel:  Steven Brounstein
              ✓ CJA          __ RET          __ F.D.

A.U.S.A.:  Shannon Jones, James Loonam, and Walter Norkin          Deputy Clerk: Christy Carosella

Reporter:  Michele Nardone                      Other: _____

Interpreter: _____          Language: _____

Deft.        ✓ Sworn      __ Arraigned    ✓ Informed of rights
              ✓ Waives trial before district court

___✓___  Defendant **Withdraws** Not Guilty Plea and Enters **Guilty Plea** to Counts **ONE** of the Indictment.

___✓___  Court finds factual basis for the plea.

___✓___  Court accepts the guilty plea.

___✓___  The sentencing date will be set by Probation.

___✓___  Parties are directed to Judge Irizarry's Standard Requirements for Criminal Cases, available on the EDNY website, with regard to objections to the Presentence Report and sentencing submissions.

___✓___  Defendant continued in custody.

___  Defendant continued on bail/bond.


**PURSUANT TO FEDERAL RULE 11 OF THE CRIMINAL PROCEDURE, JUDGE IRIZARRY DID ADMINISTER THE ALLOCUTION.  A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED. THE PLEA OF GUILTY HAS BEEN ACCEPTED.  PLEA AGREEMENT MARKED AS COURT EXHIBIT #1.**