*Docket & Return*

Received
in Chambers of:
U.S. District Judge
DORA L. IRIZARRY

AUG 25 2009

06 CR 255
08 CR 640-02
(09 CR 150)

August 21, 2009.

The Honorable Judge Dora Irizarry.
Federal Court,
Brooklyn, NY

Your Honor,

It is with sadness and emotions that I write to you today concerning the sentencing of Mr Shaheed Roger Khan.

I was recently informed that Mr Roger Khan was given a plea deal that would have him serve only 15 years in prison, for his numerous drug crimes and atrocities. This bit of information is very upsetting and discomforting to me.

I am a decent law-abiding American citizen, of Guyanese parenthood. One of my relatives ( Mr Ronald Waddell ) suffered a cruel and vicious death at the hands of Mr Khan and his drug-goons, a few years ago, for which Mr Khan NEVER faced justice.

Mr Khan was a vicious and ruthless Drug Lord in the country of Guyana, during the last seven years. He operated with immunity from the law because he was able to pay off government officials so that they may look the other way. Conservative estimates show that Mr Khan was responsible for over two hundred deaths in that small country.

Ever since his incarceration here in the US, citizens of Guyana are able to live a more peaceful and normal life.

It is my fervent and passionate hope, and may I implore you, to please reject that plea agreement and let Mr Khan answer to the full court of law. The gains from his drug exportation to this country facilitated a lot of grief and devastation to many families in Guyana. No one in Guyana wants to see him resume his despicable and ignominious activities, in the next 15 years.

I than you in anticipation.

*Sheila Waddell.*

Ms Sheila Waddell.
Queens, New York,
USA.

Thursday, August 20, 2009 AOL: Cricketmystro