Received
in Chambers of:
U.S. District Judge
DORA L. IRIZARRY

OCT 15 2009

09-CR-150

Dear Judge, IRIZARRY

As a concerned and law-abiding citizen of Guyana, I feel it my duty to write this letter on behalf of my family, friends and others concerned citizens of this country to express our views about the sentencing of self-confessed drug trafficker Roger Khan and appeal to you about the effect of the enormity that the sentencing of this hardened criminal has on this country and its citizens who have all suffered in some degree during his years of tyranny, cruelty and oppression.

Without a doubt, it is clear that he has committed many crimes, the likes of which are heinous in nature and involve the implication of him in many extra-judicial killings in order to further his drug trafficking trade.

For example, the public execution of suspected federal Informer Dave Persaud, talk show activist Ronald Waddell, a boxing coach Donald Allison; just to name a few.

He has proven over and over that he does not set much store by the law and is willing to break it to secure his own well-being. For example, allowing his former attorney Simels to tamper with evidence and obstruct the course of justice.

In so doing he has not only showed once again that his mind is severely criminal but he has insulted the good court and its officers.

The Guyanese people believe in an old adage: "the hands of the law are long", this simply means that no matter how long you continue to break the law, it will eventually catch up with you in time. We were always skeptical about this with concern to Roger Khan since he amassed a great amount of wealth and power through corrupt means over the years which gave him the aura of being one of the "untouchables".

This personal army of his was widely and infamously known as the notorious "Phantom Squad" and although Roger Khan is incarcerated, his supporters continue to run his organization, through on a smaller level

It is the firm belief of myself and many others that if given a short sentence Roger Khan would return to Guyana and his organization would be strengthen once again by himself alongside Ricardo Rodriques and Paul Rodriques who currently run the organization in his absence.

However, the law has caught up with Roger Khan, slowly but surely and one can only appeal to you that justice is carried out to protect our country and the world from someone devoid of the values and mores that deems one fit to be a part of law-abiding societies.

In the name of justice, the purpose of punishment is to rehabilitate the criminal to reform himself as well as protect and safeguard society against his crimes. With this in mind, it is our contention that the sentencing of Roger Khan should be much more than a mere number of lenient years, for he would accept that with open arms and bide his time.

We therefore, humbly impress upon you that the sentencing should be life-imprisonment, without the possibility of parole. Not only would this measure ensure that justice has been served, but it would also serve as a deterrent to others who want to follow in his footsteps and more importantly it would without a doubt, protect the Guyanese citizens as well as the world from Roger Khan and his illegal organization if he were to be given the chance of returning to Guyana.

Roger khan should pay for all his senseless killing his drug trafficking and his countless rapes of innocent teens.

Nb I rather not mention my name or others because I don't know how confident it will be kept

Yours sincerely

        Concerned citizens of Guyana